IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDRE HERNANDEZ, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF REMOVAL |
| | ) | WITH JURY TRIAL REQUESTED |
| MENARD, INC., | ) | IN LINCOLN, NEBRASKA |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA:

Defendant Menard, Inc. ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446,

hereby gives notice of removal of this action to the United States District Court for the District of

Nebraska. As grounds for this removal, Defendant states as follows:

**FACTUAL BACKGROUND**

1.      On or about April 28, 2026, Plaintiff filed his Complaint against Defendant in the

District Court of Lancaster County, Nebraska, with Civil Summons issued by the District Court

of Lancaster County on that same day. Defendant was served via personal service on May 4,

2026, as demonstrated by the Process Service Return filed with the Court on May 12, 2026.

2.      As required by 28 U.S.C. § 1446(a), attached hereto collectively as "Exhibit A"

and incorporated herein by this reference are copies of the Complaint, Praecipe, and Summons

that were served upon Defendant, which constitute all of the process, pleadings, and orders

served upon Defendant in this case to date. Attached hereto as "Exhibit B" and incorporated

herein by this reference is a copy of the Process Service Return filed on May 12, 2026.

3.    Plaintiff is a resident of Lincoln, Lancaster County, Nebraska.

4.    Defendant Menard, Inc. is a corporation incorporated under the laws of the State of Wisconsin that maintains its principal place of business in Eau Claire, Wisconsin. Menard, Inc. is the owner of and/or doing business as a home improvement store open to the public known as Menards located at 3500 North 27th Street, Lincoln, Lancaster County, Nebraska.

5.    In his Complaint, Plaintiff asserts negligence and premises liability claims against Defendant for injuries alleged to have been sustained at Menard, Inc.'s store located at 3500 North 27th Street, Lincoln, Lancaster County, Nebraska.

## THIS COURT HAS SUBJECT MATTER JURISDICTION UNDER § 1332(a)

6.    This case is properly removable because the Complaint could have originally been filed in this Court pursuant to 28 U.S.C. §1332(a), as the Court has original jurisdiction given that there is complete diversity between the parties and the amount in controversy likely exceeds $75,000.00.

7.    Plaintiff is a citizen of the State of Nebraska and resident of Lincoln, Lancaster County, Nebraska.

8.    Defendant, Menard Inc. is (and has been for all times relevant) a citizen of the State of Wisconsin, because it is a corporation incorporated under the laws of the State of Wisconsin that maintains its principal place of business in Eau Claire, Wisconsin.

9.    Upon information and belief, Plaintiff's Complaint identifies alleged damages exceeding $75,000.00—he alleges he incurred physical injury, both temporary and permanent, disability, both temporary and permanent, medical expenses to date, future medical expenses,

loss of ability to perform work, and physical pain, mental suffering, humiliation, and inconvenience.

**A.     Removal to this District Is Proper**

10.     Pursuant to the provisions of 28 U.S.C. § 1441(a), the United States District Court for the District of Nebraska is the federal district court embracing the place where the state court action is currently pending.

**B.     The Petition for Removal Is Timely**

11.     This Notice is timely filed within thirty (30) days of service of Plaintiff's Complaint on Defendant pursuant to 28 U.S.C. § 1446(b). Plaintiff's Complaint was filed and summons was issued to Defendant on April 28, 2026. Defendant was served with the Complaint on May 4, 2026. Not more than thirty (30) days have elapsed since Defendant was served with the Complaint pursuant to FED. R. CIV. P. 6(a)(1)(C) and NECivR. 6.1.

**C.     Notice of Petition of Removal**

12.     Defendant will promptly provide Plaintiff with written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice with the Clerk of the District Court of Lancaster County, Nebraska.

**D.     Reservation of Rights**

13.     To the fullest extent allowed by law, Defendant reserves all rights, including defenses, and objections to this action (specifically including defenses and objections as to the appropriate forum, jurisdiction, and service). The filing of this Notice of Removal is subject to and does not waive any such defenses and objections. Defendant further reserves the right to amend or supplement this notice of removal.

Page 3 of  5

## JURY REQUEST AND PLACE OF TRIAL

14.    Defendant requests that this action be tried by jury, and that the trial be held in Lincoln, Nebraska.

WHEREFORE, Defendant, having removed the case now pending in the District Court of Lancaster County, Nebraska, No. CI 26-1418, respectfully requests that this case proceed with adjudication before this Honorable Court as though Plaintiff had originally filed it in this Court.

MENARD, INC., Defendant

By:    */s/ Robert S. Lannin*
Robert S. Lannin, #17941
Attorney for Defendant
Baylor Evnen Wolfe & Tannehill, LLP
Union Bank Place
1248 "O" Street, Suite 900
Lincoln, NE 68508
Telephone: (402) 475-1075
Fax: (402) 475-9515
Email: rlannin@baylorevnen.com

## **CERTIFICATE OF SERVICE**

I hereby do certify that I am one of the attorneys of record for the Defendant and that on June 2, 2026, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Eric J. Yoder
Rehm Law Firm, PC, LLO
eyoder@rehmlaw.com
*Attorney for the Plaintiff*

*/s/ Robert S. Lannin*
Robert S. Lannin, #17941

Filed in Lancaster District Court
*** EFILED ***
Case Number: D02CI260001418
Transaction ID: 0024926107
Filing Date: 04/28/2026 01:46:50 PM CDT

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | | |
|---|---|---|
| ANDRE HERNANDEZ, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT |
| vs. | ) | |
| | ) | |
| MENARD INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff alleges:

1.     Plaintiff is a resident of Lincoln, Lancaster County, Nebraska;

2.     Defendant, Menard Inc., is a foreign corporation with its principal location in Eau Claire, Wisconsin, with a retail store located at 3500 N. 27th Street, Lincoln, Lancaster County, Nebraska;

3.     Jurisdiction is proper in this Court pursuant to Neb. Rev. Stat. §25-536 because defendant's conduct caused plaintiff's injuries in Lancaster County, Nebraska.

4.     Venue is proper in this Court pursuant to Neb. Rev. Stat. §25-403.01 because plaintiff's cause of action arose in Lancaster County, Nebraska.

5.     Defendant, Menard Inc., was at all time material hereto, a corporation organized under the laws of a state other than the State of Nebraska, but at all times material herein was conducting or doing business within the State of Nebraska;

6.     This action arises from an improperly shelved product that, upon taking the product off the shelf to purchase it, caused injury to the Plaintiff.

7.     The incident was caused by the negligence of the defendant;

EXHIBIT A

8. The incident caused the plaintiff the following damages:
   a. Physical injury both temporary and permanent;
   b. Disability both temporary and permanent;
   c. Medical expense to date in the amount of $9,359.00 and future medical expense;
   d. Loss of ability to perform work; and,
   e. Physical pain and mental suffering, humiliation and inconvenience.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for approximately $9,3590.00 medical expenses to date and future medical expenses, general damage and cost of the action.

ANDRE HERNANDEZ, Plaintiff

REHM LAW FIRM, PC, LLO
2930 Ridge Line Road, Suite 105
Lincoln, NE 68516
(402) 420-1400
E-mail: eyoder@rehmlaw.com

For the firm: /s/Eric J. Yoder
                   Eric J. Yoder,#28550

EXHIBIT A

Filed in Lancaster District Court
*** EFILED ***
Case Number: D02CI260001418
Transaction ID: 0024926107
Filing Date: 04/28/2026 01:46:50 PM CDT

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | | |
|---|---|---|
| ANDRE HERNANDEZ, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | PRAECIPE |
| vs. | ) | |
| | ) | |
| MENARD INC., | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk of Said Court:

Please issue summons in the above-entitled action for service by certified mail, with a copy of the Complaint attached thereto for service on the Defendant at:

The Prentice-Hall Corporation System Inc.
Registered Agent for Menard Inc.
Suite 1900
233 South 13th Street
Lincoln, NE 68508

Summons should be mailed and/or sent by electronic mail to Plaintiff's attorney for service by certified mail.

EXHIBIT A

ANDRE HERNANDEZ, Plaintiff

REHM LAW FIRM, PC, LLO
2930 Ridge Line Road, Suite 105
Lincoln, NE 68516
(402) 420-1400
E-mail: eyoder@rehmlaw.com

For the firm: /s/Eric J. Yoder
             Eric J. Yoder,#28550

EXHIBIT A

| Image ID:<br>D00778178D02 | **SUMMONS** | Doc. No.   778178 |
|---|---|---|

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln           NE 68508

Andre Hernandez v. Menard Inc.

Case ID: CI 26     1418

TO:  Menard Inc.

**FILED BY**
Clerk of the Lancaster District Court
*04/28/2026*

You have been sued by the following plaintiff(s):

   Andre Hernandez

Plaintiff's Attorney:    Eric J Yoder
Address:                 2930 Ridge Line Road, Suite 105
                         Lincoln, NE 68516

Telephone:               (402) 420-1400

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who are not attorneys and representing themselves to provide their email address to the court in order to receive notice by email from the court about the case. Complete and return the attached form to the court if representing yourself. This document is not the same as a response to the lawsuit which must be filed as a separate document.

Date: APRIL 28, 2026       BY THE COURT: _____
                                            Clerk

COURT COPY

EXHIBIT A

Image ID:
D00778178D02

**SUMMONS**

Doc. No.    778178

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

    Menard Inc.
    Prentice Hall Corporation System
    233 South 13th Street, Suite 1900
    Lincoln, NE 68508

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

COURT COPY

EXHIBIT A

| | SERVICE RETURN | Doc. No.    778178 |
|---|---|---|

LANCASTER DISTRICT COURT
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln            NE 68508

To:
Case ID: CI 26    1418 Andre Hernandez v. Menard Inc.

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons

upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $ _____

Copy                        _____

Mileage ____miles          _____

   TOTAL              $ _____

Date: _____    BY: _____
                                    (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                    _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Menard Inc.                      From: Eric J Yoder
    Prentice Hall Corporation System       2930 Ridge Line Road, Suite 105
    233 South 13th Street, Suite 1900      Lincoln, NE 68516
    Lincoln, NE 68508

        COURT COPY

ATTACH RETURN RECEIPT & RETURN TO COURT       EXHIBIT A

Filed in Lancaster District Court
*** EFILED ***
Case Number: D02CI260001418
Transaction ID: 0024993988
Filing Date: 05/12/2026 12:50:23 PM CDT

| SERVICE RETURN |
| --- |

Doc. No. 778178

LANCASTER DISTRICT COURT
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln              NE 68508

To:
Case ID: CI 26    1418 Andre Hernandez v. Menard Inc.

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $ _____

Copy                          _____

Mileage _____miles          _____

    TOTAL                 $ _____

Date: _____    BY: _____
                                               (Sheriff or authorized person)

# CERTIFIED MAIL
# PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _Menard Inc._____

At the following address: _c/o Prentice Hall Corporation System_____

_233 South 13th Street, Suite 1900_____

_Lincoln, NE 68508_____

on the _29th_ day of _April_____ _2026___, as required by Nebraska state law.

                        _/s/Eric Yoder_____

Postage $ _10.73____    Attorney for:    _Andre Hernandez, Plaintiff_____

The return receipt for mailing to the party was signed on _May 4_____, _2026__.

To: Menard Inc.                              From: Eric J Yoder
    Prentice Hall Corporation System               2930 Ridge Line Road, Suite 105
    233 South 13th Street, Suite 1900              Lincoln, NE 68516
    Lincoln, NE 68508

ATTACH RETURN RECEIPT & RETURN TO COURT

EXHIBIT B



USPS TRACKING #

9590 9402 9520 5069 1666 36

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Rehm Law Firm, P.C., L.L.O.
2930 Ridge Line Road
Suite 105
Lincoln, NE 68516

RECEIVED
MAY 11 2026
BY: EY-O

A-Hernandez

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Anthony M Rager*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>The Prentice - Hall Corp Sys Inc<br>233 S 13th St.<br>Suite 1900<br>Lincoln, NE 68508 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>MAY 04 2026 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9520 5069 1666 36 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 7022 2410 0000 8292 9549 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

<span style="color:red">EXHIBIT B</span>

# Certificate of Service

I hereby certify that on Tuesday, May 12, 2026 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Signature: /s/ Eric Jeffrey Yoder (Bar Number: 28550)

EXHIBIT B